IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **SHYNEA POPE,**<br><br>     **Plaintiff,**<br><br>   **-v-**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>     **Defendant.** | **Civil Case Number: 1:24-cv-01326-LMM-JSA** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Shynea Pope and Defendant Experian Information Solutions, Inc., ("The Parties") hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   October 28, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
PRO HAC VICE
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732)-695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*

/s/ Julian E.L. Gale
Julian E.L. Gale, Esq.
PRO HAC VICE
Jones Day
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Tel: (603) 828-9723
Email: jgale@jonesday.com
*Attorney for Defendant*